the testimony adopted, the standard followed and the reasoning it used in reaching its conclusion."

We must have specific findings of fact in order to properly discharge our review function. *Braxton v Chevrolet Grey Iron Foundry Division of General Motors Corp,* 396 Mich 685 (1976); *Steel v Suits News Co,* 398 Mich 171 (1976); *Leskinen v Employment Security Commission,* 398 Mich 501 (1976). Our review of the decision of the State Tenure Commission in this case discloses no specific findings of fact and conclusions of law. We therefore remand this cause to the State Tenure Commission with directions that it make specific findings of fact and conclusions of law, to be promptly filed with this Court. We do not anticipate this remand will require further proceedings by the parties or hearings. This Court retains jurisdiction.

*Foster, Swift, Collins & Coey* for plaintiff-appellee. *Thrun, Maatsch & Nordberg* for defendant-appellant. *Shifman & Goodman, P. C.,* for Michigan Association of Schools Boards as amicus curiae. Reported below: 66 Mich App 718.

DRYDEN V MARCELLUS COMMUNITY SCHOOLS BOARD OF EDUCATION. (Docket No. 59365.) Rehearing denied. *Foster, Swift & Collins, P. C.,* for plaintiff-appellee. *Thrun, Maatsch & Nordberg* for defendants-appellants. Reported at 401 Mich 76.

OCTOBER 24, 1977

IN THE MATTER OF PROPOSED AMENDMENT OF THE CODE OF PROFESSIONAL RESPONSIBILITY AND CANONS, DR 2-101, DR 2-102, DR 2-103, DR 2-104, DR 2-105. On order of the Court, notice is given that the Supreme Court is considering the following proposed amendments to the Canons of Professional Responsibility, DR 2-101, DR 2-102, DR 2-103, DR 2-104, and DR 2-105:

(The present language is to be repealed and replaced by the following.)

DR 2-101. PUBLICITY AND ADVERTISING.

(A) A lawyer shall not on behalf of himself, his partner, or associate, or any other lawyer affiliated with him or his firm, use or participate in the use of any form of public communication containing a false, fraudulent, misleading, or deceptive statement or claim.

(B) Without limitation a false, fraudulent, misleading, or deceptive statement or claim includes a statement or claim which: